1 MICHAEL GAINES, Bar No. 50553
Attorney at Law
2 139 Townsend Street, Suite 201
San Francisco, CA 94107
3 (415) 495-0112

4 Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-00149 MHP |
| Plaintiff, | ) ) ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| vs. | ) ) | |
| JOSE CAMPOS-GARCIA, et al., | ) ) | |
| Defendants. | ) | |

I, JOSE CAMPOS-GARCIA, Defendant in the above-entitled matter hereby consent to the substitution of MICHAEL GAINES, Attorney at Law, as my attorney of record in place and stead of Michael Leff, Attorney at law.

DATED: June 14, 2006

　　　　　　　　　　　　　　　　　　　　\S\ Jose Campos-Garcia
　　　　　　　　　　　　　　　　　　　　JOSE CAMPOS-GARCIA

I hereby accept the foregoing substitution.

DATED: June 14, 2006

　　　　　　　　　　　　　　　　　　　　/S/ Michael Gaines
　　　　　　　　　　　　　　　　　　　　MICHAEL GAINES

June 15, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

The original of this document with original signatures is on file in the Office of Michael Gaines