```
 1  MICHAEL GAINES, Bar No. 50553
    Attorney at Law
 2  139 Townsend Street, Suite 201
    San Francisco, CA 94107
 3  (415) 495-0112

 4  Attorney for Defendant
    JOSE CAMPOS-GARCIA
 5
 6
 7
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00149 MHP |
| Plaintiff, | |
| vs. | **STIPULATION OF COUNSEL RE MODIFICATION OF CONDITIONS OF RELEASE AND DECLARATION IN SUPPORT THEREOF** |
| JOSE CAMPOS-GARCIA, et al., | |
| Defendants. | |

The parties hereby stipulate that the following condition of release be **deleted** from JOSE CAMPOS-GARCIA's release conditions: The requirement that Mr. CAMPOS-GARCIA be subject to the condition of electronic monitoring.

DATED: 6/16/06

_____
C. DAVID HALL
Assistant United States Attorney

DATED: June 14, 2006

_____
MICHAEL GAINES

## DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant JOSE CAMPOS-GARCIA.

That I have spoken with U.S. Pre-trial Services Officer Richard Sarlatt. By telephone he indicated that he would have no objection to having electronic monitoring deleted as a condition of release for JOSE CAMPOS-GARCIA.

I have also contacted Assistant United States Attorney C. David Hall and he indicated that if such a modification is agreeable to Mr. Sarlatt, it would be agreeable to the office of the United States Attorney.

It should be noted that Mr. CAMPOS-GARCIA is currently a member in good standing with the Laborers' International Union of North America, Local No. 261, and has been a member since November, 1986. Through the Union, he has maintained regular employment at Silverado Contractors Inc. throughout the pendency of his release on bond earning a wage of $25.17 per hour.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 14th day of June, 2006, at San Francisco, California.

MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00149 MHP |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSE CAMPOS-GARCIA, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, the following condition of release be <u>deleted</u> from JOSE CAMPOS-GARCIA's release conditions: The requirement that Mr. CAMPOS-GARCIA be subject to the condition of electronic monitoring.

IT IS SO ORDERED

DATED: June 22, 2006

_____
UNITED STATES DISTRICT JUDGE

*[Seal: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*