MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
(415) 565-9600

Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CAMPOS-GARCIA, et al.,<br><br>Defendants. | No.: CR 05-00149 MHP<br><br>**STIPULATION OF COUNSEL RE MODIFICATION OF CONDITIONS OF RELEASE AND DECLARATION IN SUPPORT THEREOF** |

The parties hereby stipulate to the following modification of defendant's release conditions: that defendant be permitted to travel to Leon, Guanajuato, Mexico. His departure date shall be October 20, 2007 and his return date shall be November 10, 2007. Upon his return on November 10, 2007, his release conditions concerning travel shall be reinstated.

DATED: October 15, 2007

/S/
C. DAVID HALL
Assistant United States Attorney

DATED:  October 15, 2007

MICHAEL GAINES

## DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant JOSE CAMPOS-GARCIA.

That on October 9, 2007, I was notified by defendant JOSE CAMPOS-GARCIA that his father, Jose Maria Campos-Campos, had taken ill and that his condition is extremely grave. Several months ago, Mr. Campos-Campos had been hospitalized at the Sanatorio Moderno Pablo Anda, S. A. De C. V. on Blvd Roma #1001, telephone number 712.01.00 in Leon, Guanajuato, Mexico, and the court ordered the defendant's release conditions modified so that he could be at his father's side in hospital at that time. His father's condition has now worsened and Mr. CAMPOS-GARCIA again asks permission of this court to be with his father and his immediate family.

I am informed that the defendant has contacted United States Pre-trial Services Officer Michelle Nero and that she has no objection to this proposed modification of release conditions in light of defendant's excellent record on pre-trial release. Mr. CAMPOS-GARCIA, at the request of Ms. Nero, will make telephone contact with Pretrial Services one time per week while he is in Mexico. On October 11, 2007, I spoke with Assistant United States Attorney C. David Hall concerning this matter and he indicated that he had no opposition to the defendant's travel plans. At that time he indicated that he would not object to the proposed modification of release condition.

//
//
//
//
//
//
//
//
//
//

On October 15, 2007, I received by facsimile a travel itinerary with the defendant's flight information. I immediately communicated that information to Pretrial Services. I am further informed that the defendant will reside with his sister and brother-in-law in Leon during his stay there. He further understands that he must return to his home in San Francisco, California on November 10, 2007 and that at that time his conditions of release concerning travel restriction will be reinstated as before.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 15th day of October, 2007, at San Francisco, California.

_____
MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 05-00149 MHP |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOSE CAMPOS-GARCIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

GOOD CAUSE APPEARING, the Court hereby approves the following modification of defendant's condition of release: the defendant will be permitted to travel to Leon, Guanajuato, Mexico. The date of departure shall be October 20, 2007, and the date of return shall be November 10, 2007. On November 10, 2007, defendant's condition of release concerning travel shall be reinstated.

IT IS SO ORDERED

DATED:  10/16/2007

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

- 4 -