1  MICHAEL GAINES, Bar No. 50553
   Attorney at Law
2  139 Townsend Street, Suite 201
   San Francisco, CA 94107
3  (415) 495-0112

4  Attorney for Defendant
   JOSE CAMPOS-GARCIA
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,     )   No.:   CR 05-00149 MHP
                                 )
13           Plaintiff,          )
                                 )   **STIPULATION AND ORDER RE**
14 vs.                           )   **CONTINUANCE OF COURT**
                                 )   **APPEARANCE FOR STATUS AND**
15 JOSE CAMPOS-GARCIA, et al.,   )   **CHANGE OF PLEA**
                                 )
16           Defendants.         )

17

18    The parties agree and stipulate that the date and time currently set for status and change of

19 plea for defendant JOSE CAMPOS-GARCIA in the above-entitled matter, September 22, 2008, at

20 10:00 a.m., shall be continued to October 20, 2008 at 10:00 a.m. It is further agreed and stipulated

21 that no personal appearance will be required on September 22, 2008

22

23 DATED: 9/18/08                      /S/
                                       C. DAVID HALL
24                                     Assistant United States Attorney

25

26 DATED: September 18, 2008
                                       MICHAEL GAINES
27                                     Attorney for JOSE CAMPOS-GARCIA

28

## DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant JOSE CAMPOS-GARCIA.

That the parties in this case are in the process of arriving at a resolution of the above-entitled matter. Today, I had further discussions with AUSA C. David Hall and further arrangements have been made with an eye towards resolution.

It should also be noted that from August 27, 2008 through September 12, 2008, I was engaged in a trip to New York and Canada with my wife and son, who we dropped off at college. Prior to my leaving, Mr. CAMPOS-GARCIA, with the approval of U.S. Pretrial Services and this Court, was out of the country in Mexico for one month, tending to his father, who had taken ill.

As a result, I have not been able to finalize the disposition of this case by September 22, 2008.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 18th day of September, 2008, at San Francisco, California.

_____
MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE CAMPOS-GARCIA, et al.,<br><br>　　　　Defendants. | No. CR 05-00149 MHP<br><br>**ORDER** |

　　　　GOOD CAUSE APPEARING, the status and change of plea date of September 22, 2008, for defendant JOSE CAMPOS-GARCIA is hereby vacated, and a new date is set for October 20, 2008, at 10:00 a.m..

　　　　IT IS SO ORDERED.

DATED:  9/19/2008

_____
Judge Marilyn H. Patel

- 3 -