MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
(415) 565-9600

Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE CAMPOS-GARCIA, et al.,<br><br>　　　　Defendants. | No.:   CR 05-00149 MHP<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF COURT APPEARANCE RE STATUS AND/OR CHANGE OF PLEA** |

　　　　The parties agree and stipulate that the date and time currently set for status and/or change of plea for defendant JOSE CAMPOS-GARCIA in the above-entitled matter, November 24, 2008, at 10:00 a.m., shall be continued to January 12, 2009, at 10:00 a.m. It is further agreed and stipulated that a personal appearance will not be required on November 24, 2008.

DATED: November 13, 2008

　　　　　　　　　　　　　　　/C/
　　　　　　　　　　　　　　C. DAVID HALL
　　　　　　　　　　　　　　Assistant United States Attorney

DATED: November 13, 2008

　　　　　　　　　　　　　　MICHAEL GAINES
　　　　　　　　　　　　　　Attorney for JOSE CAMPOS-GARCIA

## **DECLARATION OF COUNSEL**

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant JOSE CAMPOS-GARCIA.

This case is currently set for status on November 24, 2008 at 10:00 a.m. Subsequent to the setting of this court appearance, I received notification from the Superior Court of San Joaquin County that Jose Soto Gonzalez, whom I represent, had been returned from the Department of Corrections after completion of a court-ordered diagnostic study. Pursuant to agreement, Mr. Gonzalez is to be released from San Joaquin County custody on probation upon completion of the diagnostic study. The court calendared the date of November 24, 2008 to coincide with his return from the Department of Corrections so that he could be sentenced, placed on probation, and released from custody.

The following day, I am scheduled to be on vacation with my family in Philadelphia and New York, returning to work on December 3, 2008.

The parties have been actively negotiating a just disposition of this case. As I represented in open court in prior appearances, I believe that a change of plea is in the offing.

I have contacted Assistant U.S. Attorney David Hall on November 8, 2008, and on November 11, 2008 he notified me that he would agree to this proposed stipulation.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 13th day of November, 2008, at San Francisco, California.

MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE CAMPOS-GARCIA, et al., ) <br> ) <br> Defendants. ) <br> ) | No.: CR 05-00149 MHP <br><br> **ORDER** <br><br> FILED UNDER SEAL |

GOOD CAUSE APPEARING, the status and/or change of plea date of November 24, 2008, for defendant JOSE CAMPOS-GARCIA is hereby vacated, and a new date is set for January 12, 2009, at 10:00 a.m.

IT IS SO ORDERED.

DATED: 11/14/2008

_____
JUDGE
IT IS SO ORDERED
Judge Marilyn H. Patel