1  MICHAEL GAINES, Bar No. 50553
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3  (415) 565-9600

4  Attorney for Defendant
   JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-00149 MHP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER RE CONTINUANCE OF COURT APPEARANCE RE STATUS AND/OR CHANGE OF PLEA** |
| JOSE CAMPOS-GARCIA, et al., | ) | |
| Defendants. | ) | |

The parties agree and stipulate that the date and time currently set for status and/or change of plea for defendant JOSE CAMPOS-GARCIA in the above-entitled matter, January 12, 2009, at 10:00 a.m., shall be continued to February 9, 2009, at 10:00 a.m. It is further agreed and stipulated that a personal appearance will not be required on January 12, 2009.

DATED: January 6, 2009

/C/
C. DAVID HALL
Assistant United States Attorney

DATED: January 6, 2009

MICHAEL GAINES
Attorney for JOSE CAMPOS-GARCIA

## DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant JOSE CAMPOS-GARCIA.

This case is currently set for status on January 12, 2009 at 10:00 a.m. At this time, a resolution of this case has not been finalized. I can say that the parties have been actively engaged in discussions with an eye towards resolution.

I have discussed this proposed stipulation and continuance of the January 12, 2009 status appearance with Assistant U.S. Attorney David Hall. He is in agreement that a further continuance will likely effectuate a finalized plea agreement in this case.

It should be noted that during the pendency of this case, Mr. CAMPOS-GARCIA has abided by the conditions of his release on bond without blemish. He has continued to work through his union on major construction projects throughout the Bay Area as the sole support for his wife and children.

Mr. CAMPOS-GARCIA has also been attending to the care of his father and mother who have become seriously ill during the pendency of this case. This court has permitted Mr. CAMPOS-GARCIA to make several trips to Mexico so that he can attend to their medical needs. According to United States Pretrial Services, Mr. CAMPOS-GARCIA has maintained telephonic contact with Pretrial Services as required as a condition of his travel out of the country, and of course, has returned on each occasion to honor the commitments of this case as required.

It is hoped that Mr. CAMPOS-GARCIA's exemplary conduct during the pendency of this case arguably merits favorable consideration at a future sentencing hearing.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 6th day of January, 2009, at San Francisco, California.

---
MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE CAMPOS-GARCIA, et al.,<br><br>    Defendants. | No.: CR 05-00149 MHP<br><br>**ORDER** |

    GOOD CAUSE APPEARING, the status and/or change of plea date of January 12, 2009, for defendant JOSE CAMPOS-GARCIA is hereby vacated, and a new date is set for February 9, 2009, at 10:00 a.m.

    IT IS SO ORDERED.

DATED: 1/7/2009

_____
JUDGE

*IT IS SO ORDERED*
Judge Marilyn H. Patel