MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
(415) 565-9600

Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00149 MHP |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING** |
| JOSE CAMPOS-GARCIA, et al., | |
| Defendants. | |

The parties agree and stipulate that the date and time currently set sentencing for defendant JOSE CAMPOS-GARCIA in the above-entitled matter, July 20, 2009, at 9:00 a.m., shall be continued to September 14, 2009 at 9:00 a.m.

DATED: July 9, 2009  /S/
C. DAVID HALL
Assistant United States Attorney

DATED: July 9, 2009  /S/
MICHAEL GAINES
Attorney for JOSE CAMPOS-GARCIA

1 **DECLARATION OF COUNSEL**

2 I, MICHAEL GAINES, declare as follows:

3 I am an attorney licensed to practice law in the State of California and the attorney retained
4 to represent defendant JOSE CAMPOS-GARCIA.

5 That the sentencing hearing for Mr. CAMPOS-GARCIA is currently scheduled for July 20,
6 2009 at 9:00 a.m.

7 That on July 8, 2009, I received by fax the final report and sentencing recommendation from
8 the United States Probation Office prepared by Charles W. Mabie, U.S. Probation Officer. That on
9 July 10, 2009, I am to be assigned out to trial in San Francisco Superior Court in the case of *People*
10 *v. Curry, et al.*, SCN 208278. That case will not conclude prior to the date currently set for
11 sentencing in the instant case.

12 Furthermore, because of the aforementioned jury trial, I will not be able to adequately address
13 in writing the issues to be raised at Mr. CAMPOS-GARCIA's sentencing.

14 On July 9, 2009, I contacted AUSA David Hall to inquire if he would object to a continuance
15 of Mr. CAMPOS-GARCIA's sentencing hearing. He advised me that he would not oppose a
16 continuance, but in light of his trial schedule, he would prefer a sentencing date in the middle part
17 of September, 2009.

18 It is therefore requested that the sentencing of Mr. CAMPOS-GARCIA be continued until
19 September 14, 2009 at 9:00 a.m.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 2 -

It should be noted that Mr. CAMPOS-GARCIA has honored all court commitments on this case while out of custody. He has no blemishes on his record with United States Pretrial Services. He has maintained employment as a union journeyman laborer throughout the pendency of these proceedings. He has on three occasions been permitted to travel to his native country of Mexico to render care and assistance to his ailing mother and father and has returned to this venue to tend to his court commitments in this case.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 9th day of July, 2009, at San Francisco, California.


    /S/
MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE CAMPOS-GARCIA, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CR 05-00149 MHP <br><br> [PROPOSED] ORDER |

GOOD CAUSE APPEARING, the sentencing date of July 20, 2009 at 9:00 a.m., for defendant JOSE CAMPOS-GARCIA is hereby vacated, and a new date is set for September 14, 2009, at 9:00 a.m. It is further ordered that the defendant need not appear on July 20, 2009 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 7/13/2009

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

- 4 -